IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ADRIANA CASTILLO SANCHEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RAUL ARGOTE ROBLES, DECEASED AND AS NEXT FRIEND OF RAUL ARGOTE, A MINOR; RAUL ARGOTE DEANDA; VIRGINIA CATALINA ROBLES PALMA, *Plaintiffs*, | § § § § § § § § | |
| v. | § § | CASE NO. 2:09-CV-47-TJW |
| COMMERICAL TRANSPORTATION, INC., MATTHEW SIPERLY, COMMERCIAL LUMBER SALES, INC., *Defendants*. | § § § § | |

## ORDER

Before the Court is Defendant Commercial Lumber Sales, Inc.'s renewed motion for partial judgment as a matter of law. (Dkt. No. 204.) Defendant argues that it is entitled to judgment as a matter of law that Defendants Commercial Transportation, Inc. and Commercial Lumber Sales, Inc. were not engaged in a joint enterprise and were not the alter ego of each other at the time of the accident in question. Plaintiffs are not opposed to Defendant's motion and did not include provisions relying on the jury's finding of joint enterprise and alter ego in the proposed judgment in this case. (*See* Dkt. No. 213.) Thus, the Court hereby GRANTS Defendant's motion and finds that, as a matter of law, Defendants Commercial Transportation, Inc. and Commercial Lumber Sales, Inc. were not engaged in a joint enterprise and were not the alter ego of each other at the time of the accident in question.

IT IS SO ORDERED.

SIGNED this 31st day of March, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE